JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T., <br><br> Plaintiff, <br><br> v. <br><br> DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. SACV 20-1515 AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 30, 2021

_____
ALICIA G. ROSENBERG
United States Magistrate Judge